USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 9/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUSTIN T. TOLSTON,

Plaintiff,

-v-

BOWERY RESIDENTS' SERVICES, INC., *et al.*,

Defendants.

1:25-cv-10654-GHW

**ORDER**

GREGORY H. WOODS, United States District Judge:

Plaintiff Justin T. Tolston filed this action *pro se* on December 22, 2025. Dkt. No. 1. On August 26, 2026, the Court issued an order dismissing Plaintiff's complaint and granting leave to replead. Dkt. No. 8. The deadline for Plaintiff to file any amended complaint was September 25, 2026. The Court's August 26, 2026 order instructed: "If Plaintiff does not file an amended complaint within the time allowed, the Court will direct the Clerk of Court to enter judgment in this action." *Id.* at 21.

As of the date of this order, Plaintiff has not submitted an amended complaint. Accordingly, this case is dismissed without prejudice and the Clerk of Court is directed to enter judgment in favor of Defendants and close this case. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

SO ORDERED.

Dated: September 28, 2026
New York, New York

GREGORY H. WOODS
United States District Judge